

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-17-00134-CV**

**IN RE JAMES DUSTIN AVERY**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

James Dustin Avery's Petition for Writ of Mandamus filed on April 25, 2017 is

denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed April 26, 2017
[CV06]

